# DUPLICATE ENTRY

## (See entry # 15)